# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1179**
**TP 15-00700**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DIEDRE WYNN, PETITIONER,

V                                                                    ORDER

MONROE COUNTY AND NEW YORK STATE DIVISION OF
HUMAN RIGHTS, RESPONDENTS.

---

DIEDRE WYNN, PETITIONER PRO SE.

MERIDETH H. SMITH, COUNTY ATTORNEY, ROCHESTER (ROBERT P. YAWMAN, III, OF COUNSEL), FOR RESPONDENT MONROE COUNTY.

CAROLINE J. DOWNEY, GENERAL COUNSEL, BRONX (MARILYN BALCACER OF COUNSEL), FOR RESPONDENT NEW YORK STATE DIVISION OF HUMAN RIGHTS.

---

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Monroe County [John J. Ark, J.], entered April 24, 2015) to review a determination of respondent New York State Division of Human Rights. The determination dismissed petitioner's complaint.

It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed for reasons stated in the decision of respondent New York State Division of Human Rights.

Entered: November 13, 2015                          Frances E. Cafarell
                                                    Clerk of the Court